IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>Target Devices Seized from 6236 E. 12th Ave., Apt #B3, Anchorage, Alaska, on May 13, 2019, as Further Described in Attachment A | No. 3:19-mj-00220-MMS |

## AMENDED ORDER

Having duly considered the United States' Motion to Unseal [Dkt. 5], as amended by the ERRATA [Dkt. 6], the Motion is hereby GRANTED. All documents in the above-captioned matter are to be unsealed by the Clerk's Office.

IT IS SO ORDERED

DATED: __April 22, 2020__       _s/ Matthew M. Scoble_
                                U.S. MAGISTRATE JUDGE